IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06 - CV - 00834-**BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

MAY -2 2006

GREGORY C. LANGHAM
CLERK

JIM NAVARRO,

    Plaintiff,

v.

OTERO COUNTY DEPARTMENT OF SOCIAL SERVICES, 13 W. 3rd St., Room 102,
    La Junta, Colo, 81050,
OTERO COUNTY DEPARTMENT OF HUMAN SERVICES, 13 W. 3rd St., Room 110,
    La Junta, Colo, 81050,
DENVER COUNTY DEPARTMENT OF HUMAN SERVICES, 1575 Sherman St., Leap
    3rd F, Denver, CO 80203-1714,
COLORADO DEPARTMENT OF HUMAN SERVICES, Office of Civil Rights, Room
    1426, Federal Building, 1961 Stout Street, Denver, Colorado 80294-3538,
DEPART [sic] OF HEALTH & HUMAN SERVICES, Communications Control Center
    Room 639-G, 200 Independence Ave., SW, Washington, D.C., 20201,
UNITED STATES DEPARTMENT OF AGRICULTURE, Office of Civil Rights, Room
    326-W Whitten Building, 1400 Independence Avenue, Washington, D.C. 20250-
    9410, and
KINDER & MORGAN, 500 Dallas Street., Suite 1000, Houston, Texas 77002,

    Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted an Application to Proceed Without Prepayment of Fees and Affidavit and a Complaint. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in

response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) __ is not submitted
(2) X  is not on proper form (must use the court's current form)
(3) __ is missing original signature by Plaintiff
(4) __ is missing affidavit
(5)· __ affidavit is incomplete

(6) __ affidavit is not notarized or is not properly notarized
(7) __ names in caption do not match names in caption of complaint, petition or application
(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) __ other _____

**Complaint or Petition:**
(10) __ is not submitted
(11) X  is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the Plaintiff
(13) __ is incomplete
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, copies of the following forms: a Motion and Affidavit for Leave

to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 1st day of May, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 00834**-BNB

Jim Navarro
P.O. Box 503
Rocky Ford, CO 81067

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint** to the above-named individuals on 5-2-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk