IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 29 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00834-BNB

JIM NAVARRO,

    Plaintiff,

v.

OTERO COUNTY DEPARTMENT OF SOCIAL SERVICES, 13 W. 3rd St., Room 102, La Junta, Colo, 81050,
OTERO COUNTY DEPARTMENT OF HUMAN SERVICES, 13 W. 3rd St., Room 110, La Junta, Colo, 81050,
DENVER COUNTY DEPARTMENT OF HUMAN SERVICES, 1575 Sherman St., Leap 3rd Floor, Denver, CO 80203-1714,
COLORADO DEPARTMENT OF HUMAN SERVICES, Office of Civil Rights, Room 1426, Federal Building, 1961 Stout Street, Denver, Colorado 80294-3538,
DEPARTMENT OF HEALTH & HUMAN SERVICES, Communications Control Center Room 639-G, 200 Independence Ave., SW, Washington, D.C., 20201,
UNITED STATES DEPARTMENT OF AGRICULTURE, Office of Civil Rights, Room 326-W Whitten Building, 1400 Independence Avenue, Washington, D.C. 20250-9410, and
KINDER & MORGAN, 500 Dallas Street, Suite 1000, Houston, Texas 77002,

    Defendants.

## ORDER TO CURE DEFICIENCY

Pursuant to the Court's June 2, 2006, Order to Cure Deficiency, Plaintiff has submitted a proper Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 Court-approved form. Nonetheless, Plaintiff has failed to have the Motion notarized as he is directed to do in the form.

Plaintiff claims that he does not have a driver's license to use to certify his legal papers. Plaintiff may use other forms of valid identification besides a driver's license to prove his identity to a notary public. In the alternative, Plaintiff pursuant to 18 U.S.C.

§ 1746 may elect to provide an unsworn declaration under penalty of perjury to attest to the truthfulness of his Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. An unsworn declaration must follow the format set forth in § 1746(1).

The Clerk of the Court is directed to send to Plaintiff a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form so that Plaintiff may properly certify the Motion by either having the Motion notarized or by attaching an unsworn declaration to the form. Plaintiff is directed to complete and notarize or swear to the Motion and submit the Motion to the Court within thirty days of the date of the instant Minute Order. If Plaintiff fails to file the Motion within thirty days the Complaint and action will be dismissed without further notice. Accordingly, it is

ORDERED that Mr. Navarro cure the deficiency identified in this Order **within thirty days from the date of this Order**. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Navarro, together with a copy of this Order, two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that if Mr. Navarro fails to cure the deficiency identified in this Order within the time allowed, the action will be dismissed without further notice.

DATED June 29, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00834-BNB

Jim Navarro
P.O. Box 503
Rocky Ford, CO 81067

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 6-29-06

                                      GREGORY C. LANGHAM, CLERK

                                      By: _____
                                                    Deputy Clerk